# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J. MASON and KENDRA R. MASON,<br><br>   Plaintiffs<br><br>v.<br><br>BARRY H. JENKINS,<br><br>   Defendant | Case No.: 2:19-cv-01786-APG-EJY<br><br>**Order**<br><br>[ECF No. 6] |

On August 20, 2021, Magistrate Judge Youchah recommended that I dismiss this case because the plaintiffs did not respond to an order show cause. ECF No. 6.  The plaintiffs did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 6) is accepted and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 13th day of September, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE